IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **GARY HICKS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | Case No.: 2:23-cv-00748-ECM |
| ) | |
| **TRENHOLM STATE COMMUNITY** ) | |
| **COLLEGE and LOUIS R. CAMPBELL. III,** ) | |
| **personally and in his official capacity,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT STATUS REPORT REGARDING MEDIATION

**COME NOW** the parties, by and through their respective counsel, and jointly provide this status report regarding mediation.

The parties have conferred and agree to mediate this matter with a U.S. Magistrate Judge of the Middle District of Alabama.

This 16th day of December 2024.

*/s/ David M. O'Brien*
David M. O'Brien, Esq.
Counsel for Defendants

OF COUNSEL:

ALABAMA COMMUNITY COLLEGE SYSTEM
P.O. Box 302130
Montgomery, AL 36130
Phone (334) 293-4604
E-mail: david.obrien@accs.edu

/s/ Scott T. Morro
Scott T. Morro, Esq.
Counsel for Plaintiff

OF COUNSEL:

Scott T. Morro, Esq.
Morro Law Center, LLC
P.O. Box 1644
Gardendale, AL  35071

2