IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARY HICKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:23-cv-748-ECM-JTA |
| | ) |
| TRENHOLM STATE COMMUNITY | ) |
| COLLEGE and LOUIS R. | ) |
| CAMPBELL, III, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Pursuant to the parties' Joint Status Report Regarding Mediation (Doc. No. 27), which indicates the parties agree to mediate with a United States Magistrate Judge, the parties are ORDERED to contact the chambers of Magistrate Judge Kelly F. Pate by email at propord_pate@almd.uscourts.gov by **January 10, 2025,** with at least three potential dates on which all parties are available for mediation.

DONE this 27th day of December, 2024.

JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE