IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARY HICKS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:23-CV-748-ECM-JTA |
| | ) |
| TRENHOLM STATE COMMUNITY | ) |
| COLLEGE, et al., | ) |
| | ) |
|    Defendants. | ) |

## ORDER

It is ORDERED that the mediation scheduled for **February 13, 2025, at 10:00 a.m.** is reset for **February 13, 2025, at 8:30 a.m.**

DONE this 3rd day of February, 2025.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE