IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **GARY HICKS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **Case No.:** |
| ) | **2:23-cv-00748-ECM-JTA** |
| ) | |
| **TRENHOLM STATE COMMUNITY** ) | |
| **COLLEGE and LOUIS R. CAMPBELL, III,** ) | |
| **personally and in his official capacity,** ) | |
| ) | |
| **Defendants.** ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** Plaintiff, Gary Hicks, and Defendants, Trenholm State Community College and Louis R. Campbell, IIII, by and through their respective undersigned counsel, and submit this Joint Stipulation of Dismissal with Prejudice. Pursuant to Federal Rules of Civil Procedure, the parties stipulate that all claims and causes of action against Defendants are hereby dismissed with prejudice. Each party shall bear his or its own costs, expenses and attorneys' fees.

Respectfully submitted this 7th day of March, 2025.

*/s/ David M. O'Brien*
David M. O'Brien, Esq.
Counsel for Defendants

OF COUNSEL:

ALABAMA COMMUNITY COLLEGE SYSTEM
P.O. Box 302130
Montgomery, AL 36130
Phone (334) 293-4604
E-mail: david.obrien@accs.edu

/s/ Scott T. Morro
Scott T. Morro, Esq.
Counsel for Plaintiff

OF COUNSEL:

Scott T. Morro, Esq.
Morro Law Center, LLC
P.O. Box 1644
Gardendale, AL  35071

2